```
         FILED         ENTERED
         LODGED        RECEIVED

              JUN 19 2007

         AT SEATTLE
     CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
   BY                         DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANELLE MCMILLIAN,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF KIRKLAND, *et al.*,<br><br>        Defendants. | NO. C07-665RSL<br><br>ORDER OF DISMISSAL |

It having been reported to the Court on Friday, June 15, 2007 that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated.

The Clerk of the Court is instructed to send copies of this Order to all counsel of record.

DATED this 18th day of June, 2007.

_____
Robert S. Lasnik
United States District Judge

07-CV-00665-ORD

ORDER OF DISMISSAL